**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEFFERY EDWARDS,

    Plaintiff,                                       Case No. 3:20-cv-01192-HES-JBT

v.

AFNI, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JEFFERY EDWARDS ("Plaintiff") and AFNI, INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: November 29, 2020                  Respectfully submitted,

                                                         */s/ Alexander J. Taylor*

                                                         Alexander J. Taylor, Esq.
                                                         Florida Bar No. 1013947
                                                         Sulaiman Law Group, Ltd.
                                                         2500 S. Highland Ave, Suite 200
                                                         Lombard, IL 60148
                                                         Telephone: (630) 575-8181
                                                         Facsimile: (630) 575-8188
                                                         ataylor@sulaimanlaw.com
                                                         *Counsel for Plaintiff*