UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFERY EDWARDS,

    Plaintiff,                                      Case No. 3:20-cv-01192-HES-JBT

v.

AFNI, INC.,

    Defendant.

                                            /

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, JEFFERY EDWARDS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, AFNI, INC., with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: December 16, 2020                Respectfully Submitted,

                                                     JEFFERY EDWARDS

                                                     */s/ Alexander J. Taylor*
                                                     Alexander J. Taylor, Esq.
                                                     Florida Bar No. 1013947
                                                     Sulaiman Law Group, Ltd.
                                                     2500 S. Highland Ave, Suite 200
                                                     Lombard, IL 60148
                                                     Telephone: (630) 575-8181
                                                     Facsimile: (630) 575-8188
                                                     ataylor@sulaimanlaw.com
                                                     *Counsel for Plaintif*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

                      */s/ Alexander J. Taylor*
                      Alexander J. Taylor, Esq.