UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY EDWARDS,

    Plaintiff,

v.

    Case No. 3:20-cv-1192-J-20JBT

AFNI, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties "Notice of Voluntary Dismissal" (Dkt. 8). Defendant AFNI, Inc. has yet to file an answer or motion for summary judgment. Accordingly, it is **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED with prejudice** with all parties to bear their own attorney's fees and cost;

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE** and **ENTERED** at Jacksonville, Florida, this 26th day of December, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alexander J. Taylor, Esq..
AFNI, Inc.
    c/o Registered Agent
    CT Corporation System
    1200 South Pine Island Road
    Plantation, FL 33324